# CHOATE, HALL & STEWART LLP

MITCHELL H. KAPLAN, P.C.
DIRECT DIAL: (617) 248-5158
EMAIL: MKAPLAN@CHOATE.COM

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000    F (617) 248-4000
www.choate.com

April 12, 2005

APR 13 2005

**VIA FACSIMILE AND REGULAR MAIL**

Douglas M. Brooks, Esq.
Gilman and Pastor, LLP
Stonehill Corporation Center
999 Broadway, Suite 500
Saugus, MA 01906

    Re:    *Wesley Childs v. Bernard Bailey, et al.*
             <u>Middlesex Superior Court Civil Action No. 05-0972</u>

Dear Mr. Brooks:

    Pursuant to Rule 9A of the Superior Court rules, we hereby serve you with a *Motion To Transfer Civil Action To The Business Litigation Section.*

                                            Very truly yours,

                                            Mitchell H. Kaplan

MHK:amd
Enclosure
cc:    Karen Collari Troake, Esq. (*w/enclosure*)

3911528v1

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    SUPERIOR COURT DEPARTMENT
                                                         OF THE TRIAL COURT

|  |  |
|---|---|
| WESLEY CHILDS, derivatively on behalf of VIISAGE TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD BAILEY, B.G. BECK, DENIS K. BERUBE, CHARLES E. LEVINE, HARRIET MOUCHY-WEISS, PETER NESSEN, PAUL T. PRINCIPATO, THOMAS J. REILLY, CHRISTOPH VON DER MALSBURG, and MARCEL YON,<br><br>Defendants,<br><br>v.<br><br>VIISAGE TECHNOLOGY, INC.,<br><br>Nominal Defendant | Civil Action No. 05-0972 |

### MOTION TO TRANSFER CIVIL ACTION TO THE BUSINESS LITIGATION SECTION

Defendants hereby respectfully move this Court to transfer this action to the Business Litigation Session (BLS) in Suffolk County pursuant to the Administrative Directive No. 03-1 of the Superior Court.

As grounds for this motion, defendants state that the Complaint asserts that plaintiff is a shareholder of nominal defendant Viisage Technology, Inc. ("Viisage") and has asserted a derivative claim, allegedly on behalf of Viisage, against each member of Viisage's board of

directors for breach of their respective fiduciary duties as a result of the manner in which they have managed the business and affairs of Viisage. Claims of this nature involving derivative actions asserted against a corporation's directors alleging breach of their fiduciary duty to shareholders are specifically identified as claims that fall within the purview of the BLS.

A copy of a completed BLS cover sheet for this action is attached to this motion.

                    VIISAGE TECHNOLOGY, INC.

                    By its attorneys,

                    /s/ Mitchell H. Kaplan
                    Mitchell H. Kaplan, P.C. (BBO #258940)
                    Karen Collari Troake, (BBO#566922)
                    Choate, Hall & Stewart
                    Exchange Place
                    53 State Street
                    Boston, MA 02109
                    Tel.: (617) 248-5000

Dated: April 12, 2005

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON DATE 4/12/05 SIGNATURE /s/

| CIVIL ACTION COVER SHEET | DOCKET NO(S) B.L.S. | Trial Court Of Massachusetts Superior Court Department County: SUFFOLK |
|---|---|---|
| PLAINTIFF(S) WESLEY CHILDS, derivatively on behalf of VIISAGE TECHNOLOGY, INC., | | DEFENDANT(S) BERNARD BAILEY, et al. v. VIISAGE TECHNOLOGY, INC., Nominal Defendant |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Douglas M. Brooks, Esq. (781-231-7850) GILMAN AND PASTOR, LLP, 999 Broadway, Saugus Mass. 01906 Board of Bar Overseers number 058850 | | ATTORNEY (if known) Mitchell H. Kaplan CHOATE, HALL & STEWART, LLP 53 State Street Boston, MA 02109 617-248-5000 |
| | Origin Code Original Complaint | |

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| BB.1 | shareholder derivative | (B) | (X) Yes *   ( ) No |

The following is a full and detailed statement of the facts on which plaintiff relies to determine eligibility in to The Business Litigation Session.

This is a derivative action brought by a shareholder of nominal defendant Viisage Technology, Inc. against each member of the Board of Directors. Plaintiff alleges that the directors have breached their fiduciary duty to Viisage shareholders by mismanaging Viisage's affairs such that its financial statements allegedly contained false information.

* plaintiff has demanded a jury trial.

* A Special Tracking Order shall be created by the Presiding Justice of the Business Litigation Session at the Rule 16 Conference.

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT.

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judical Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____    DATE: 4/12/05