# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

MIN CHANG, Individually and On Behalf of All Others Similarly Situated,
              Plaintiff

V.

VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM AULET, AND DENIS K. BERUBE,
              Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10537 MLW**

TO: (Name and address of Defendant)

    William Aulet
    Viisage Technology, Inc.
    296 Concord Road, 3rd Floor
    Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David Pastor
    Gilman and Pastor, LLP
    Stonehill Corporate Center
    999 Broadway, Suite 500
    Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: MAR 2 2 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 7, 2005

I hereby certify and return that on 4/6/2005 at 12:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, DEMAND FOR JURY TRIAL & EXHIBIT in this action in the following manner: To wit, by delivering in hand to RUTH COTE, agent, person in charge at the time of service for WILLIAM AULET, at VIISAGE TECHNOLOGY, INC., 296 CONCORD Road, 3RD FLOOR Billerica, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($12.16) Total Charges $48.16

*George A. Hooper*
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.