# UNITED STATES DISTRICT COURT

District of
MASSACHUSETTS

MIN CHANG, Individually and On Behalf
of All Others Similarly Situated,
      Plaintiff

V.

VIISAGE TECHNOLOGY INC., BERNARD
BAILEY, WILLIAM AULET, AND DENIS K.
BERUBE,
      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10537 MLW**

TO: (Name and address of Defendant)

Denis K. Berube
Viisage Technology, Inc.
296 Concord Road, 3rd Floor
Billerica, MA 01821

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: MAR 22 2005

AO 440 (Rev. 10/93) Summons in a Civil Action
Case 1:05-cv-10537-MLW    Document 5    Filed 04/13/2005    Page 2 of 2
0581135-2

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 7, 2005

I hereby certify and return that on 4/6/2005 at 12:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, DEMAND FOR JURY TRIAL & EXHIBIT in this action in the following manner: To wit, by delivering in hand to RUTH COTE, agent, person in charge at the time of service for DENIS K BERUBE, at VIISAGE TECHNOLOGY, INC., 296 CONCORD Road, 3RD FLOOR Billerica, MA 01821. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($12.16) Total Charges $48.16

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                       *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.